FILED

12/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0568

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0568

IN THE MATTER OF

R.K.,

A Youth in Need of Care.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing

IT IS HEREBY ORDERED that Appellant is granted an extension of time until January 13, 2023, to prepare, file, and serve the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2022